THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Richard Gaddist, Appellant.
 
 
 

Appeal From Berkeley County
Daniel F. Pieper, Circuit Court Judge
Unpublished Opinion No.  2009-UP-500
Submitted October 1, 2009  Filed October
 26, 2009  
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, for
 Respondent.
 
 
 

PER CURIAM:  Richard
 Gaddist appeals his guilty pleas for second-degree burglary, kidnapping, and armed
 robbery.  Gaddist argues the plea court erred in exercising its discretion to
 impose different sentences based on the level of involvement of each
 participant in the crime.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.